IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HIGH POINT WATER SUPPLY CORPORATION, a Texas water supply corporation, and HIGH POINT SPECIAL UTILITY DISTRICT, a political subdivision in the State of Texas, | § § § § § § § § § | No.  1:23-CV-13-DAE |
| Plaintiffs, | § § | |
| vs. | § § | |
| PETER LAKE, in his official capacity as Commissioner of the Public Utility Commission of Texas, WILL MCADAMS, in his official capacity as Commissioner of the Public Utility Commission of Texas, LORI COBOS in her official capacity as Commissioner of the Public Utility Commission of Texas, JIMMY GLOTFELTY, in his official capacity as Commissioner of the Public Utility Commission of Texas, KATHLEEN JACKSON, in her official capacity as Commissioner of the Public Utility Commission of Texas, and THOMAS GLEESON in his official capacity as Executive Director of the Public Utility Commission of Texas, | § § § § § § § § § § § § § § § § § § § § | |
| Defendants. | § | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Before the Court is the parties' Stipulation of Voluntary Dismissal of Claims. (Dkt. # 66.) The Stipulation informs the Court that Plaintiffs wish to voluntarily dismiss without prejudice all claims in the case. (Id.) Pursuant to the Stipulation, the Court hereby **ORDERS** that the case be **DISMISSED WITHOUT PREJUDICE**. The Clerk's Office is thereafter **INSTRUCTED** to **CLOSE THE CASE**.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, February 29, 2024.

_____
David Alan Ezra
Senior United States District Judge